No. 74–558. SKEHAN *v.* BOARD OF TRUSTEES OF BLOOMSBURG STATE COLLEGE ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alyeska Pipeline Service Co.* v. *Wilderness Society, ante,* p. 240, and *Wood* v. *Strickland,* 420 U. S. 308 (1975). MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 74–1247. STANTON, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE OF INDIANA, ET AL. *v.* GREEN ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Burns* v. *Alcala,* 420 U. S. 575 (1975). MR. JUSTICE DOUGLAS would deny the petition for writ of certiorari.

No. A–931. BRINGE *v.* COLLINS ET AL. Application for stay of execution and enforcement of judgment of Court of Appeals of Maryland, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.